# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Arkansas
### ___4___ Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 09 2021
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Cortrez ~~CRTREZ~~ SLATER

_____

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SECRETARY UNITED STATES DEPARTMENT OF STATE; ATTORNEY GENERAL INDIANA; ADAM NORMAN, Deputy Director Child Support Sevices. JONH DOES 1-8; Offices of Child Support Servives.

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 4:21cv105-LPR
45D03 - 0604 - DR- 000449
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

This case assigned to District Judge Rudofsky
and to Magistrate Judge Harris

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CORTREZ SLATER |
| Street Address | 21717 HWY 113 |
| City and County | BIGELOW |
| State and Zip Code | ARKANSA 72016 |
| Telephone Number | 501- 747- 7087 |
| E-mail Address | slatercortrez@gmail.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Indiana Child Support Bureau |
| Job or Title (if known) | indiana Child Support Inforcement division IV-D |
| Street Address | 402 W washington st, |
| City and County | Indianapolis |
| State and Zip Code | Indiana |
| Telephone Number | 317-233-5437 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | JEFFERSON COUNTY DEPT OF HUMAN RESO |
| Job or Title (if known) | Alabama child support enforcement division IV-D |
| Street Address | P.O.BOX 12585 |
| City and County | BIRMINGHAM |
| State and Zip Code | ALABAMA 53202 |
| Telephone Number | 205-945-3700 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | LORENZO ARREDONDO |
| Job or Title (if known) | County Clerk - Lake County, Indiana |
| Street Address | 2293 N. Main Street |
| City and County | Crown Point |
| State and Zip Code | Indiana 46307 |
| Telephone Number | 219 - 755 - 3460 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Recbecca L. Wyatt |
| Job or Title (if known) | P.C. # 16916-64 |
| Street Address | 644 s. lake street |
| City and County | Gary |
| State and Zip Code | Indiana 46403 |
| Telephone Number | 219 - 938 - 3300 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) CORTREZ SLATER, is a citizen of the State of (name) ARKANSAS.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) Child Support Bureau, is incorporated under the laws of the State of (name) Indiana, and has its principal place of business in the State of (name) Indiana. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Title IV-D Child Support Program.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$118,187

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 02/08/2021, at *(place)* 15 W 4th Ave, Gary, IN 46402,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
Respondents conspired under the color of law in a Knee C Prius and De Facto operation. Title 18 U. S. C. 241

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Voilation of 14th amendment rights under Due Process, 13 years of extreme mental, extreme emotional, extreme financial abuse of the law, skin rash have occurred on different part of my body from constant worrying and stressing over being arrested on a daily basis and a monthly harassment against my credit report of a $ 118.187 that study growing on a month basis on behalf of a fictitious entity.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Requesting a null and void to remove $118,187 of fraudulent debt that been add to my credit report on a monthly basis. That has occured by nonlegal means, error and fraud.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/08/2021

Signature of Plaintiff

Printed Name of Plaintiff   CORTREZ SLATER

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address