IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORTREZ SLATER**                                                                                     **PLAINTIFF**

v.                                                **Case No. 4:21-cv-00105-LPR**

**U.S. DEPARTMENT OF STATE, Secretary;**
**ADAM NORMAN, Deputy Director Child**
**Support Services; JOHN DOES 1-8, Offices**
**of Child Support Services and Attorney General,**
**Indiana; INDIANA CHILD SUPPORT BUREAU,**
**Indiana Child Support Enforcement Division IV-D;**
**JEFFERSON COUNTY DEPT OF HUMAN RESO,**
**Alabama Child Support Enforcement Division, IV-D;**
**LORENZO ARREDONDO, County Clerk-Lake County,**
**Indiana; REBECCA L. WYATT, P.C. #16916-64**            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 8th day of November 2021.

                                                                _____
                                                                LEE P. RUDOFSKY
                                                                UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).